UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAURIE C. BAY,<br><br>    Plaintiff,<br><br>    v.<br><br>WASHINGTON METROPOLITAN<br>AREA TRANSIT AUTHORITY<br><br>and<br><br>JOHN B. CATOE<br>General Manager<br>600 Fifth St., N.W.<br>Washington, D.C. 20001<br><br>    Defendants | No. 07-02258(ESH) |

## NOTICE OF APPEARANCE

TO THE CLERK AND TO ALL PARTIES OF RECORD, PLEASE TAKE NOTICE

THAT the undersigned counsel hereby enter their appearance for Defendants Washington Metropolitan Area Transit Authority and John B. Catoe.

Respectfully submitted,

/s/
Mark F. Sullivan#430876
Deputy General Counsel

/s/
David J. Shaffer #413484
Associate General Counsel
600 Fifth St., N.W.
Washington, D.C. 20001
(202) 962-2820
Dshaffer@wmata.com
Attorneys for Defendants