UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAURIE C. BAY, )<br>)<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>WASHINGTON METROPOLITAN )<br>AREA TRANSIT AUTHORITY )<br>)<br>and )<br>)<br>JOHN B. CATOE )<br>)<br>    Defendants ) | No. 07-02258(ESH) |

**DEFENDANTS' CONSENT MOTION FOR EXTENSION OF TIME**

    Defendants WMATA and Catoe hereby move this Court to extend the time period for Defendants to answer or otherwise respond to Plaintiffs' Complaint to January 24, 2008.  This extension is necessary because the Complaint was served during the holiday period when counsel was on vacation and because it contains numerous detailed allegations of fact that must be investigated to form a proper response.  Plaintiff has consented to this extension.

Respectfully submitted,
    /s/
Mark F. Sullivan#430876
Deputy General Counsel
    /s/
David J. Shaffer #413484
Associate General Counsel
600 Fifth St., N.W.
Washington, D.C. 20001
(202) 962-2820
Dshaffer@wmata.com
Attorneys for Defendants

Case 1:07-cv-02258-ESH   Document 3   Filed 01/02/2008   Page 2 of 2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAURIE C. BAY,<br><br>    Plaintiff,<br><br>    v.<br><br>WASHINGTON METROPOLITAN<br>AREA TRANSIT AUTHORITY<br><br>and<br><br>JOHN B. CATOE<br><br>    Defendants | No. 07-02258(ESH) |

**ORDER GRANTING DEFENDANTS' CONSENT MOTION FOR EXTENSION OF TIME**

The Court, having considered Defendants' Consent Motion for Extension of Time, and good cause appearing, IT IS HEREBY ORDERED THAT, Defendants shall answer or otherwise respond to Plaintiff's Complaint by January 24, 2008.

 

Ellen S. Huvelle
United States District Judge