# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAURIE C. BAY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 07-02258(ESH) |
| ) | |
| WASHINGTON METROPOLITAN ) | |
| AREA TRANSIT AUTHORITY, ) | |
| ) | |
| and ) | |
| ) | |
| JOHN B. CATOE, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF APPEARANCE

The clerk of the court will please enter the appearance of Bruce P. Heppen as counsel for defendant, Washington Metropolitan Area Transit Authority.

Respectfully submitted,

**WASHINGTON METROPOLITAN
AREA TRANSIT AUTHORITY**

/s/
Bruce P. Heppen #252171
Associate General Counsel
600 Fifth Street, N.W.
Washington, D. C. 20001
(202) 962-2569
bheppen@wmata.com