**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____

LAURIE C. BAY,                  )
                                )
    Plaintiff,              )
                                )
    v.                      )          No. 07-02258(ESH)
                                )
WASHINGTON METROPOLITAN         )
AREA TRANSIT AUTHORITY,         )
                                )
and                             )
                                )
JOHN B. CATOE                   )
General Manager                 )
600 Fifth St., N.W.             )
Washington, D.C. 20001,         )
                                )
    Defendants.             )
_____)

## JOINT RULE 16.3 STATEMENT

    The parties, through counsel, hereby submit their Joint Initial Scheduling

Conference Statement pursuant to L. Rule 16.3.

1.    The case is not likely to be disposed of through dispositive motions prior to

discovery.  Defendant anticipates filing a dispositive motion after the close of discovery.

2.    Pleadings shall be amended by March 29, 2008.

3.    The parties do not stipulate to the assignment of a magistrate for all purposes.

The parties defer to the Court whether to assign a Magistrate Judge for purposes of

resolving any discovery disputes.

4.    There is not a realistic possibility of settling the case at this time.

5.`    The parties are open to the possibility of ADR at the close of discovery and upon

the resolution of any dispositive motions.

6.      The parties propose that any motion for summary judgment be filed 30 days after

the close of discovery, any opposition 30 days thereafter and any reply 15 days after

the filing of an opposition.

7.      The parties do not stipulate to waiving initial disclosures.  Initial disclosures

should be exchanged 14 days after the Initial Scheduling Conference.

8.      The parties propose a six month discovery period after the Initial Discovery

Conference, *i.e.*, August 30, 2008.  The parties agree to a limit of 30 interrogatories and

10 depositions per side.

9.      The parties do not agree to modification of the exchange of expert disclosures.

Plaintiff's expert designation shall be due May 29, 2008 and Defendant's expert

designation shall be due June 29, 2008.  Depositions of expert witnesses shall occur

prior to the close of discovery.

10.     Class actions – N/A.

11.     The parties do not believe that discovery or trial should be bifurcated.

12.     The pretrial conference should take place following the resolution of any

dispositive motions.  The parties anticipate that a trial date would be scheduled at the

pretrial conference.

13.     The parties agree that the Court should set a firm trial date at the pretrial

conference.

14.     Other matters – Plaintiff has informed defendant that she will stipulate to the

dismissal of Defendant John B. Catoe, the General Manager of WMATA, as a named

party defendant.  This stipulation is reflected in the proposed order accompanying this

Statement.

Respectfully submitted,

_____/s/_____
Mark F. Sullivan#430876
Deputy General Counsel

_____/s/_____
David J. Shaffer #413484
Assistant General Counsel
600 Fifth St., N.W.
Washington, D.C. 20001
(202) 962-2820
Dshaffer@wmata.com
Attorneys for Defendants

_____/s/_____
L. Saundra White
Federal Bar #MD012370
3540 Crain Highway #107
Bowie, Maryland 20716
(301) 574-3547
(301) 455-6491 (fax)
WhiteLegalGrp@aol.com

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____
                                              )
LAURIE C. BAY,                                )
                                              )
     Plaintiff,                             )
                                              )
     v.                                     )     No. 07-02258(ESH)
                                              )
WASHINGTON METROPOLITAN                       )
AREA TRANSIT AUTHORITY,                       )
                                              )
and                                           )
                                              )
JOHN B. CATOE                                 )
General Manager                               )
600 Fifth St., N.W.                           )
Washington, D.C. 20001,                       )
                                              )
     Defendants.                            )
_____)

## <u>INITIAL SCHEDULING ORDER</u>

     Pursuant to the Joint Rule 16.3 Statement of the parties, the statements of the parties at the Initial Scheduling Conference and good cause appearing IT IS HEREBY ORDERED THAT:

     1,     Any pleading shall be amended by March 29, 2008.

     2.     Discovery shall close on August 31, 2008.  Plaintiff's expert disclosures are due May 29 , 2008 and Defendant's expert disclosures are due June 29, 2008. Depositions of expert witnesses shall occur prior to the close of discovery.

     3.     Summary judgment motions shall be due on September 30, 2008; Oppositions shall be due on October 31, 2008 and any reply shall be due on November 17, 2008.

4.     This case shall be referred to the Court's ADR program after the resolution of any dispositive motion.

5.     The pretrial conference shall be set within 30 days of the resolution of dispositive motions.

6.     The parties have stipulated that Defendant John B. Catoe, Jr. shall be dismissed with prejudice.

IT IS SO ORDERED and Defendant John B. Catoe, Jr. Is DISMISSED with prejudice.

_____
Ellen S. Huvelle
United States District Judge