UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LAURIE C. BAY** | ) <br> ) <br> ) |
| Plaintiff | ) <br> ) |
| v. | ) <br> ) CASE NO: 1:07-cv-02258-ESH <br> ) <br> ) |
| **WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY** | ) <br> ) <br> ) |
| Defendant | ) |

## MOTION TO WITHDRAW APPEARANCE

**NOW COMES** Plaintiff's Attorney L. Saundra White to request this Court for leave to withdraw her appearance as Plaintiff's counsel pursuant to Rules 7 and 11 of the Federal Rules of Civil Procedure and to Local Civil Rule 83.6. The grounds for this motion are set forth in the accompanying memorandum of points and authorities.

Respectfully submitted

*/s/ L. Saundra White*
L. Saundra White,
Federal Bar # MD012370
3540 Crain Highway, #107
Bowie, Md 20716
(301) 574-3547
(240) 455–6491(Fax No)
E-mail: WhiteLegalGrp@aol.com

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAURIE C. BAY | ) |
| | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) |
| | ) CASE NO: 1:07-cv-02258-ESH |
| | ) |
| | ) |
| WASHINGTON METROPOLITAN | ) |
| AREA TRANSIT AUTHORITY | ) |
| | ) |
| Defendant | ) |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR PLAINTIFF LAURIE C. BAY**

Counsel for Plaintiff Laurie C. Bay request the Court for Leave to withdraw her appearance in this matter because there are irreconcilable differences between Plaintiff and Counsel and as a consequence, counsel can not fulfill the obligations imposed upon her by Rule 11 of the Federal Rules of Civil Procedure. Plaintiff Laurie C. Bay has consented to this Motion but has not remitted her written consent to counsel.

**ARGUMENT**

Local Rule 83.6 requires that an attorney who seeks to withdraw her appearance apply by motion, for the Court's leave to withdraw from this matter. The Court may deny an attorney's

motion for leave to withdraw if the withdrawal would (1) unduly delay trial of the case, or (2) be unduly prejudicial to any party, or (3) otherwise not be in the interest of justice.

In this matter Counsel's withdrawal will not delay this matter or prejudice Plaintiff Laurie Bay.  No trial date has been sent and no motions are pending.  Discovery in this matter will continue until August 2008.  Plaintiff Laurie Bay has been advised to seek and employ substitute counsel and alert the Clerk of this Court regarding the selection of new counsel.  Plaintiff Laurie Bay has informed counsel that she has an appointment with her new attorney on April 7, 2008 but has not provided the name of her new counsel.

Counsel's withdrawal is necessary to avoid an undue burden upon counsel and to avoid unfair prejudice to Plaintiff Laurie Bay. Pursuant to LcvR 7(m), undersigned counsel will discuss this matter with counsel for Defendants.

**WHEREFORE**, Counsel respectfully request that the this Honorable Court grant the withdrawal of appearance of undersigned counsel.

                          Respectfully submitted

                          */s/ L. Saundra White*
                          L. Saundra White,
                          Federal Bar # MD012370
                          3540 Crain Highway, #107
                          Bowie, Md 20716
                          (301) 574-3547
                          (240) 455–6491(Fax No)
                          E-mail: WhiteLegalGrp@aol.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on <u>March 24, 2008,</u> a copy of the foregoing was electronically filed via the United States District Court electronic filing system (CM/ECF system) to WMATA, Attn:David Shaffer, Esq., 600 Fifth Street, NW, Washington, DC 20001 and emailed and mailed to Laurie C. Bay, 17320 Moore Road, Boyds, MD 20840.

*/s/ L. Saundra White*
L. Saundra White, Esq.

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LAURIE C. BAY** | ) |
| | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) |
| | ) CASE NO: <u>1:07-cv-02258-ESH</u> |
| | ) |
| | ) |
| **WASHINGTON METROPOLITAN** | ) |
| **AREA TRANSIT AUTHORITY** | ) |
| | ) |
| Defendant | ) |

## **ORDER**

Upon consideration of Attorney L. Saundra White's Motion for Leave to Withdraw her appearance as Plaintiff Laurie C. Bay's counsel, any opposition and the entire record, it is this _____day of _____2008 hereby

**ORDERED** that L. Saundra White's Motion to Withdraw Appearance is **GRANTED**, and

**ORDERED** that Plaintiff should notify this Court and Defendant's counsel of her appointment of new counsel on or before the day of _____ 2008.

_____
JUDGE

cc:

L. Saundra White
3540 Crain Highway, #107
Bowie, MD 20716


David Shaffer, Esq.
C/o WMATA
600 Fifth Street, NW
Washington, DC 20001

Laurie Bay, Esq.
17320 Moore Road
Boyds, MD   20840