UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAURIE C. BAY | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) |
| | ) CASE NO: 1:07-cv-02258 (ESH) |
| | ) |
| WASHINGTON METROPOLITAN | ) |
| AREA TRANSIT AUTHORITY | ) |
| | ) |
| Defendant | ) |

**NOTICE OF STIPULATION OF VOLUNTARY DISMISSAL**

**NOW COMES**, Plaintiff Laurie C. Bay by and thorough her counsel , pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) hereby submits this Notice of Stipulation of Dismissal. Plaintiff Laurie C. Bay voluntarily dismisses this Complaint against Defendant Washington Metropolitan Area Transit Authority. Defendant Washington Metropolitan Area Transit Authority consents to this dismissal.

Respectfully submitted,

/s/ L. Saundra White
L. Saundra White, Bar#MD012370
3540 Crain Highway, #107
Bowie, Md 20716
(301) 574-3547
 WhiteLegalGrp@aol.com
 Attorney for Plaintiff

/s/ David J. Shaffer
David J. Shaffer, Esq.
Washington Metropolitan Area Transit Authority
600 Sixth Street, NW
Washington, D.C. 20001
 dshaffer@wmata.com
Attorney for Defendant

/s/ Bruce P. Heppen
Bruce P. Heppen, Esq.
Washington Metropolitan Area Transit Authority
600 Sixth Street, NW
Washington, D.C.  20001
(202) 962-2569
bheppen@wmata.com
Attorney For Defendant

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on <u>April 23, 2008</u>, the foregoing Stipulation of Dismissal was served on the following:

David J. Shaffer, Esq.
Washington Metropolitan Area Transit Authority
600 Sixth Street, NW
Washington, D.C.  20001
dshaffer@wmata.com

Bruce P. Heppen, Esq.
Washington Metropolitan Area Transit Authority
600 Sixth Street, NW
Washington, D.C.  20001
bheppen@wmata.com

/s/ *L. Saundra White*
L. Saundra White